■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TATIANA S. PALLAGI, Appellant. (Appeal No. 2.) [937 NYS2d 643]—

Same memorandum as in *People v Pallagi* (91 AD3d 1266 [2012]).

All concur except Scudder, P.J., who dissents and votes to modify in accordance with the same dissenting memorandum as in *People v Pallagi* (91 AD3d 1266 [2012]). Present—Scudder, P.J., Smith, Centra and Gorski, JJ.